

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10601*

November 13, 2023

**VIA EMAIL**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States v. Kyle Tsui*, 20 Cr. 47

Dear Judge Krause:

      The Government respectfully requests that the Court unseal the above-referenced indictment and arrest warrant, which were filed under seal on January 21, 2020. Following indictment, the Government secured a corresponding INTERPOL Red Notice and recently learned that the defendant has been arrested in Spain pursuant to that Red Notice. The defendant is in the process of being extradited to the Southern District of New York within the next few weeks, and counsel for the defendant has been in contact with the Government. In advance of an anticipated arraignment in this matter and in furtherance of the parties' discussions towards a pretrial disposition, the Government respectfully requests that the indictment and arrest warrant be unsealed.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

**APPLICATION GRANTED.**

Dated: November 13, 2023

By:       /s/
      Qais Ghafary / Benjamin Levander
      Assistant United States Attorneys
      (914) 993-1930

SO ORDERED.

*/s/ Andrew Krause*

ANDREW E. KRAUSE
United States Magistrate Judge