UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Kyle Tsui,

      *Defendant.*

[PROPOSED] VICTIM
NOTIFICATION ORDER

20 Cr. 47 (KMK)

Upon the application of the United States of America, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Benjamin Levander and Qais Ghafary, it is found that: (a) there are tens of thousands of potential victims in the above-captioned case, and (b) it is impracticable to accord all of the potential victims the rights described in Title 18, United States Code, Section 3771(a).

It is further found, pursuant to Title 18, United States Code, Section 3771(d)(2), that the procedures described below regarding victim notification and victims' rights are reasonable and will give effect to Title 18, United States Code, Section 3771 without unduly complicating or prolonging the proceedings in this matter.

Accordingly, it is hereby ORDERED

That the following procedures are reasonable and give effect to the notification rights contained in Title 18, United States Code, Section 3771(a):

1. The Government will post notification about scheduled public proceedings on its website at http://www.justice.gov/usao-sdny, on a case-specific page for this case, and that page will also provide the following information:

    a. The caption, case number, and assigned judge for the case;

    b. A substantially verbatim listing of the rights provided for in Title 18, United States Code, Section 3771(a);

    c. A listing of public proceedings scheduled in the case; and

    d. The name and contact information for a United States Attorney's Office official with responsibility for addressing victims' rights.

2. The Government will update its Internet posting relating to this case to reflect scheduled public proceedings within a reasonable period of time of such scheduling.

Dated: White Plains, New York
January 15, 2024

_____
THE HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

2