UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Kyle Tsui,

       *Defendant.*

[PROPOSED] ORDER

20 Cr. 47 (KMK)

Kyle Tsui, the defendant, pleaded guilty on January 23, 2024, and his sentencing was scheduled for May 30, 2024. At the request of the defendant, without objection from the Government, sentence is adjourned to September 17, 2024, at 2:00 p.m.

Dated: White Plains, New York
       May 9, 2024

SO ORDERED.

_____
THE HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

1