UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

United States of America

v.

Kyle Tsui,

      *Defendant.*

[PROPOSED] ORDER

20 Cr. 47 (KMK)

      Upon the application of the United States of America, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Benjamin Levander and Qais Ghafary, this Court finds, pursuant to 18 U.S.C. § 3663A(c)(3), that (1) restitution is impracticable in this case due to the large number of victims, and (2) a determination of each victim's losses "would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim is outweighed by the burden on the sentencing process." 18 U.S.C. § 3663A(c)(3)(A)-(B). This Court GRANTS the Government's motion and authorizes the Government to compensate victims with finally forfeited assets through the remission process.

      The Clerk of Court is directed to close the motion at Dkt. No. 25.

Dated: White Plains, New York
       August 9, 2024

SO ORDERED.

_____
THE HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

1